IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES M. MOSLEY** | * | CIVIL ACTION NO. 2:14-cv-02668 |
| | * | |
| **VS.** | * | JUDGE MARTIN L.C. FELDMAN |
| | * | |
| **ACL TRANSPORTATION SERVICES, LLC** | * * | MAGISTRATE KAREN WELLS ROBY |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave to File Supplemental Exhibit "J" to ACL's Reply Memorandum in Support of Motion to Compel Functional Capacity Evaluation;

**IT IS ORDERED** that ACL Transportation Services, LLC's Motion for Leave to File Supplemental Exhibit "J" to ACL's Reply Memorandum in Support of ACL's Motion to Compel Functional Capacity Evaluation is hereby granted.

New Orleans, Louisiana, this 27th day of March, 2017.

_____
United States Magistrate Judge